Krista S. Robinson (SBA #30868)
ROBINSON LAW OFFICES
202 E. Earll Dr., Suite 490
Phoenix, Arizona 85012-2698
Telephone: (602) 885-2627
Fax: (602) 888-8531
Krista@robinsonlawoffices.com
*Attorney for Plaintiff Mary Ellen Androsky*

**ROBINSON LAW OFFICES**
202 E. Earll Drive, Suite 490
Phoenix, Arizona 85012
(602) 885-2627

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Mary Ellen Androsky**, | **Case No.  2:23 CV 00554 MTL** |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| **WithMe, Inc.,** a Delaware for-profit corporation; | |
| Defendant. | |

Pursuant to LRCiv. 40.2(d), Plaintiff Mary Ellen Androsky hereby notifies the Court that the parties have reached a settlement of the claims in the above-referenced matter. The parties anticipate that they will file a stipulation and form order for dismissal of this case with prejudice within the next thirty (30) days.

Respectfully submitted this 14th day of June, 2024.

ROBINSON LAW OFFICES

By:  s/*Krista S. Robinson*
Krista S. Robinson
*Attorney for Plaintiff*

Page 1 of 1