## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mary Ellen Androsky, | No. CV-23-00554-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| WithMe Incorporated, et al., | |
| Defendants. | |

The Court having reviewed the parties' Stipulation for Dismissal with Prejudice (Doc. 38), filed on June 21, 2024,

**IT IS ORDERED** granting the Stipulation (Doc.38) and dismissing this action in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

Dated this 21st day of June, 2024.

Michael T. Liburdi
United States District Judge